UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA C. DOUTEL | : | |
| | : | |
| V. | : | |
| | : | |
| CITY OF NORWALK; CHIEF HARRY W. RILLING, In His Individual and Official Capacities; LIEUTENANT THOMAS MATERRA, In His Individual and Official Capacities; SERGEANT JAMES WALSH, In His Individual and Official Capacities; OFFICER JARED ZWICKLER, In His Individual Capacity; OFFICER WILLIAM CURWEN, In His Individual Capacity; OFFICER JEREMY SALLEY, In His Individual Capacity; OFFICER KENNETH FLUDD, In His Individual Capacity; and OFFICER FRANK REDA, In His Individual Capacity, | : | NO. 3:11-CV-1164(VLB) |

## JUDGMENT

This action having come before the Court by jury trial before the Honorable Vanessa L. Bryant, United States District Judge; and

The defendants having previously filed a motion for summary judgment and the Court having issued an order on July 3, 2013, granting in part and denying in part the defendants' motion; and

The remaining claim having been tried to a jury and the jury having returned a verdict in favor of the defendants William Curwen, Kenneth Fludd, James Walsh, and Jared Zwickler; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of defendants.

Dated at Hartford, Connecticut, this 22nd day of November, 2013.

ROBIN D. TABORA, Clerk

By\_\_\_\_\_/s/LL_____
Loraine LaLone
Deputy Clerk

EOD 11/22/2013